1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TONY BLACKMAN,                      Case No. 2:21-cv-00821-JDP (PC)

12              Plaintiff,               ORDER TRANSFERRING CASE TO THE
                                         SOUTHERN DISTRICT OF CALIFORNIA
13        v.

14   B. GOMEZ, *et al.*,

15              Defendants.

16

17        Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action

18   pursuant to 42 U.S.C. § 1983.

19        The federal venue statute requires that a civil action, other than one based on diversity

20   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

21   defendants are residents of the State in which the district is located, (2) a judicial district in which

22   a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part

23   of the property that is the subject of the action is situated, or (3) if there is no district in which an

24   action may otherwise be brought as provided in this section, any judicial district in which any

25   defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C.

26   § 1391(b).

27        In this case, the complaint does not reflect that any of defendants reside in this district,

28   and plaintiff's claims arose in San Diego County, which is in the Southern District of California.

                                              1

*See* 28 U.S.C. § 84(a).  Thus, this action should have been filed in the United States District Court for the Southern District of California.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  *See* 28 U.S.C. § 1406(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, it is hereby ORDERED that this matter is transferred to the United States District Court for the Southern District of California.

IT IS SO ORDERED.

Dated:   May 14, 2021    

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE